**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bom Dia Realty Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | |
| 4. | Debtor's address | **Principal place of business**<br><br>**5308 13th Ave, 3rd FL Brooklyn, NY 11219**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**9442 112th St South Richmond Hill, NY 11419-1104**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __Bom Dia Realty Inc._____   Case number (*if known*) _____
      Name

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B. Check all that apply**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | Bom Dia Realty Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **Bom Dia Realty Inc.**                                     Case number (if known) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 28, 2016**
       MM / DD / YYYY

X _____          **Sanford Solny**
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

X _____          Date **September 28, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Eric H. Horn**
Printed name

**Vogel Bach & Horn**
Firm name

**1441 Broadway**
**New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address **ehorn@vogelbachpc.com**

**4066385**
Bar number and State

**ACTION BY WRITTEN CONSENT**
**OF THE**
**BOARD OF DIRECTORS**
**OF**
**BOM DIA REALTY INC.**

**Dated:  September 28, 2016**

   The undersigned, having full authority of the board of directors (the "***Board***") of Bom Dia Realty Inc. (the "***Company***"), hereby consents to the following actions and adopts the following resolutions as of the date hereof:

   **WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof; and

   **WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

   **NOW, THEREFORE, IT IS**:

   **RESOLVED** that, in the judgment of the Board, having reviewed and considered the financial condition of the Company and the Company's business on the date hereof, that it is desirable and in the best interests of the Company, and its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Case***");

   **RESOLVED FURTHER** that Sanford Solny and such other officers or persons as as are authorized (each, an "***Officer***" and collectively, the "***Officers***") be, and each are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

   **RESOLVED FURTHER** that the law firm of Vogel Bach & Horn, LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Chapter 11 Case, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of Vogel Bach & Horn, LLP;

**RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Officers, and any of them, may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by the Officers in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

**BOM DIA REALTY INC.**

By: _____
Name: Sanford Solny

VOGEL BACH & HORN, LLP
Eric H. Horn, Esq.
Shirin Movahed, Esq.
1441 Broadway, 5th Floor
New York, New York 10018
Tel. (212) 242-8350
Fax (646) 607-2075

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BOM DIA REALTY INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. _____ (\_\_) |

### DECLARATION OF SANFORD SOLNY PURSUANT TO RULE
### 1007-4 OF THE LOCAL RULES FOR THE UNITED STATES
### BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

1. I, Sanford Solny, am an officer and 100% owner of the above debtor and debtor-in-possession (the "***Debtor***"), a New York Corporation with offices at 5308 13th Avenue, Brooklyn, New York 11219. This declaration is submitted by the Debtor pursuant to the Local Rules of this Court, in connection with filing of a Chapter 11 case by the above Debtor.

2. The Debtor is in the business of owning a certain property located at 94-42 112th Street, Queens, New York 11419 (the "***Property***"). The Property is a two (2) rental property. The tenant payments yield the Debtor approximately $2,750 per month.

3. The Property was purchased by the Debtor in or around December 2012. The Property is the subject of a foreclosure action pending in the Queens County Supreme Court

titled *LaSalle Bank NA v. Denny DeJesus, et al.*, Index No. 12442/2008, where a judgment was entered. The auction and sale of the Property was stayed by the Chapter 11 filing.

4. Currently the lender asserts that there is approximately $850,000 owing to it on account of the Property. The Debtor disagrees with that amount. During the course of this chapter 11, the Debtor intends, among other things, work with the lender to propose a payment structure and plan that reflects the correct amount owing.

5. There is no unsecured creditors' committee or other committee of creditors.

6. The Debtor expects rental receipts of approximately $2,750 in the next 30 days. The Debtor expects to pay approximately $1,000 in expenses on account of the Property during the next 30 days – none of which is on account of salary.

7. Except for the management company (A to Z Management Co), no property is within the possession of any party other than the Debtor.

8. The Debtor's books and records are maintained by the Debtor with the assistance of the management company.

9. The Debtor's principal management is identified above.

10. The Debtor believes that it will be able to negotiate a settlement with its creditors and propose a viable and confirmable Plan of Reorganization.

Dated: September 28, 2016

        **BOM DIA REALTY INC.**
        *Chapter 11 Debtor and Debtor-in-Possession*

        By: _____
            Name: Sanford Solny

# CORPORATE OWNERSHIP STATEMENT
## OF
## BOM DIA REALTY INC.

No corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: September 28, 2016

By: _____
      Sanford Solny

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Bom Dia Realty Inc. _____  **CASE NO.:** _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1072-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

2. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

[OVER]

## DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Yes__

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____
Signature of Debtor's Attorney

_____
Signature of Pro-se Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Email Address

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York, Brooklyn Division

In re  **Bom Dia Realty Inc.**  
                      Debtor(s)

Case No. _____  
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $ **225 / hr**  
   Prior to the filing of this statement I have received .............................. $ **2,500**  
   Balance Due ............................................................................................ $ _____ -

2. The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify):    Debtor's principal

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
   c. Representation of the debtor at the meeting of creditors and confirmation hearing and any adjourned hearings thereof;  
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 28, 2016**  
*Date*

*/s/ Eric H. Horn*  
**Eric H. Horn**  
*Signature of Attorney*  
**Vogel Bach & Horn**

**1441 Broadway**  
**New York, NY 10018**

**ehorn@vogelbachpc.com**  
*Name of law firm*

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Bom Dia Realty Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AtoZ Management Corp<br>3813 13th Ave<br>Brooklyn, NY<br>11218-3603 | | | | | | $24,000.00 |
| Ignacio Campos<br>PO Box 190313<br>Brooklyn, NY<br>11219-0313 | | | | | | $12,875.00 |
| Jeffrey Edelman, Esq.<br>200 Schermerhorn St<br>Brooklyn, NY<br>11201-5889 | | | | | | $3,300.00 |
| Larry Baptise<br>1338 Amber St<br>Queens, NY 11414 | | | | | | $3,950.00 |
| US Bank NA<br>800 Nicollet Mall<br>Minneapolis, MN<br>55402-7000 | | | Unliquidated<br>Disputed | $850,000.00 | $0.00 | $850,000.00 |
| Yisroel Steinberg<br>3813 13th Ave Fl 3<br>Brooklyn, NY<br>11218-3603 | | | | | | $6,900.00 |

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:

Bom Dia Realty Inc.
_____
Debtor(s)

Case No. _____

Chapter **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **September 28, 2016**

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

© 2016 CINgroup 1.888.218.1003 – CINcompass (www.cincompass.com)

AtoZ Management Corp
3813 13th Ave
Brooklyn, NY   11218-3603


Con Ed
4 Irving Pl Rm 700
New York, NY   10003-3502


Gross Polowy LLC
1775 Wehrle Dr Ste 100
Williamsville, NY   14221-7093


Ignacio Campos
PO Box 190313
Brooklyn, NY   11219-0313


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


Jeffrey Edelman, Esq.
200 Schermerhorn St
Brooklyn, NY   11201-5889


Larry Baptise
1338 Amber St
Queens, NY   11414

```
McEntee & McEntee Esqs.
3321 Francis Lewis Blvd
Flushing, NY   11358-1928


NYC Dep't of Finance
Tax Audit and Enforcement Div
345 Adams St
10th, FL   11201


NYC Water Board
Dep't of Envt'l Prot.
59-17 Junction Blvf
13th, FL   11373


US Bank NA
800 Nicollet Mall
Minneapolis, MN   55402-7000


Yisroel Steinberg
3813 13th Ave Fl 3
Brooklyn, NY   11218-3603
```